

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Silvestre TORRES-Rangel,<br><br>　　　　Defendant. | Magistrate Case No. __21-MJ-1198__<br><br>COMPLAINT FOR VIOLATION OF<br>Title 8 U.S.C. Section<br>1324(a)(2)(B)(iii)-<br>Bringing in Unlawful Alien(s)<br>Without Presentation |

　　The undersigned complainant being duly sworn states:

　　On or about March 31, 2021, within the Southern District of California, Defendant Silvestre TORRES-Rangel, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that said alien, namely, At Yu CHEN, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

　　And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference

　　　　　　　　　　　　　　　　　　　　　　SIGNATURE OF COMPLAINANT
　　　　　　　　　　　　　　　　　　　　　　Gabriela Acevedo, CBP Enforcement Officer
　　　　　　　　　　　　　　　　　　　　　　U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 1st of April 2021.

　　　　　　　　　　　　　　　　　　　　　　HON. BERNARD G. SKOMAL
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that At Yu CHEN, is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material, that it is impractical to secure her attendance at trial by subpoena and that she is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On March 31, 2021, at approximately 10:04 A.M., Silvestre TORRES-Rangel (Defendant), a United States Citizen, made application for admission to the United States from Mexico at the Otay Mesa, California Port of Entry as the driver and sole visible occupant of a Ford Explorer. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented his United States Passport card as his entry document and said he was going to San Diego, California with nothing to declare from Mexico. The CBP Officer referred the Defendant and the vehicle to secondary area for further processing due to a computer-generated alert.

In secondary, Deferdant drove the vehicle through an x-ray device where a CBP Officer noticed anomalies within the cargo area of the vehicle. The CBP Officer inspected the vehicle and discovered a person concealed within a modified compartment in the rear bumper. CBP Officers assisted in removing one individual from the compartment and was later identified as At Yu CHEN (Material Witness). Material Witness was determined to be a citizen of China without lawful documents to enter the United States and is being held as a Material Witness.

On March 31, 2021, at approximately 11:31 A.M., Defendant was advised of his Miranda rights and elected to make a statement. Defendant denied knowledge of the individual concealed in his vehicle. Deferdant stated the vehicle belongs to his boss and he was crossing to go shopping as part of his employment.

A videotaped interview was conducted with Material Witness. Material Witness stated she is a citizen of China without lawful documents to enter or reside in the United States. Material Witness stated her husband made the smuggling arrangements and was going to pay an unknown amount of money as the smuggling fee. Material Witness stated she was going to Los Angeles, California.